(No. 6399 )

BUNN CAPITOL COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed March 24, 1972.*

SORLING, CATRON AND HARDIN, Attorney for Claimant.

363

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.